**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEAN CHEN, an individual, | Case No. 8:14-cv-01052 DOC (RNBx) |
| Plaintiff, | **ORDER TO DISMISS CASE WITH PREJUDICE [28]** |
| v. | |
| BAXTER HEALTHCARE CORPORATION, an Illinois corporation; ARETHA BETANCOURT, an individual and DOES 1-100, inclusive, | |
| Defendants. | |

20029976v.1

1     Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice filed on July 17, 2015, and for good cause shown, this case is DISMISSED in its entirety WITH PREJUDICE. Each party shall bear its own fees and costs.

DATED: July 17, 2015

*David O. Carter*

Honorable David O. Carter
United States District Judge

1

20029976v.1